656

*Attorney General McMahon* and *Mr. William W. Barron*
for the United States.

No. 788. VAN VLECK *v.* COMMISSIONER OF INTERNAL
REVENUE. April 6, 1936. Petition for writ of certiorari
to the Circuit Court of Appeals for the Second Circuit
denied. *Mr. George S. Hills* for petitioner. *Solicitor
General Reed, Assistant Attorney General Jackson,* and
*Messrs. John MacC. Hudson, Sewall Key,* and *F. E.
Youngman* for respondent.

No. 789. KELLER, HEUMANN & THOMPSON CO., INC.
*v.* COE. April 6, 1936. Petition for writ of certiorari to
the United States Court of Customs and Patent Appeals
denied. *Mr. Harold E. Stonebraker* for petitioner. *Solicitor General Reed* and *Mr. Robert F. Whitehead* for
respondent.

No. 791. ATLANTIC COAST LINE R. Co. *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 792. CAROLINA, CLINCHFIELD & OHIO RY. *v.*
SAME. April 6, 1936. Petition for writs of certiorari to
the Circuit Court of Appeals for the Fourth Circuit
denied. *Messrs. Nathan L. Miller, Wm. W. Miller, Carl
H. Davis,* and *Edward C. Bailly* for petitioners. *Solicitor
General Reed, Assistant Attorney General Jackson,* and
*Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 793. OLD LINE LIFE INSURANCE Co. *v.* FULTON,
SUPERINTENDENT OF BANKS, ET AL. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals

for the Sixth Circuit denied. *Mr. Luther Day* for petitioner. *Messrs. John W. Bricker* and *J. Roth Crabbe* for respondents.

No. 799. PATTERSON ET AL. *v.* UNITED STATES. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Ernest Woodward, Province M. Pogue,* and *Leonard S. Coyne* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon* and *Mr. Wm. W. Barron* for the United States.

No. 802. MILLER *v.* HOCKLEY ET AL., RECEIVERS. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Isaac Lobe Straus* and *J. Wallace Bryan* for petitioner. *Mr. George Moore Brady* for respondents.

No. 850. WATSON ET AL. *v.* O'CONNER, COMPTROLLER OF THE CURRENCY, ET AL. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Howard B. Warren* for petitioners. No appearance for respondents.

No. 842. HOUSTON, COLLECTOR OF INTERNAL REVENUE, *v.* IOWA SOAP CO. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Reed* for petitioner. *Messrs. J. G. Gamble, R. L. Read,* and *A. B. Howland* for respondent.